RECEIVED
IN LAKE CHARLES, LA.

MAR 16 2010

TONY R. MOORE, CLERK
BY ________ DEPUTY

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF LOUISIANA**

**LAKE CHARLES DIVISION**

**JACOB MASCARENAS**
**FED. REG. NO. 23430-051**

**VS.**

**WARDEN JOSEPH P. YOUNG**

**CIVIL ACTION NO. 09-1779**

**SECTION P**

**JUDGE MINALDI**

**MAGISTRATE JUDGE KAY**

# JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, including the objections filed by petitioner, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that petitioner's Application for Writ of *Habeas Corpus* Under 28 U.S.C. §2241 be **DENIED** and **DISMISSED WITH PREJUDICE**..

**THUS DONE AND SIGNED**, in chambers, in Lake Charles, Louisiana, on this 15 day of March, 2010.

**PATRICIA MINALDI**
**UNITED STATES DISTRICT JUDGE**